IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET A. HERICKS | : | CIVIL ACTION |
| | : | |
|   v. | : | No. 07-387 |
| | : | |
| LINCARE INC., et al. | : | |

## **ORDER**

AND NOW, this 25th day of March, 2014, it is ORDERED Defendants Lincare, Inc. and Lincare Holdings, Inc.'s Motion to Dismiss Second Amended Complaint (Document 58) is GRANTED.

Plaintiff Margaret Hericks's Second Amended Complaint is DISMISSED; and the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

1